# 892    CASES REPORTED WITH BRIEF SYLLABI.

granted for October thirteenth. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ,

In the Matter of PETER CAFFREY, Deceased.— Motion for preference granted for October thirteenth. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

THE CITY OF NEW YORK v. ARTHUR H. MASTEN.— Motion for preference granted for October thirteenth. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

ORLANDO T. CARPENTER, as Administrator, etc., v. NEW YORK TRUST COMPANY and Others.— Motion for preference granted for October thirteenth. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

In the Matter of THE NORTHERN BANK OF NEW YORK. In the Matter of GIFFORD, HOBBS & BEARD.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

In the Matter of THE NORTHERN BANK OF NEW YORK. In the Matter of GIFFORD, HOBBS & BEARD.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

PEOPLES NATIONAL BANK OF HACKENSACK, Respondent, v. CLARENCE B. RICE and Another, Appellants. (Action No. 1.) — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

CLARENCE B. RICE and Another, Appellants, v. OLIVER BROTHERS PURCHASING COMPANY and Others, Respondents. (Action No. 2.) — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

MAX GRUBART, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

THEODORE G. PECK, JR., Respondent, v. CHARLES B. TOOLE, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $1,436.14; in which event judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE PINE STREET COMPANY, Appellant, v. LAWSON PURDY, President, and Others, as COMMISSIONERS OF TAXES AND ASSESSMENTS, ETC., OF THE CITY OF NEW YORK, Respondents.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

GEORGE CONSTANTIN, Respondent, v. CONSOLIDATED GAS COMPANY OF NEW YORK, Appellant.— Determination, judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment to the sum of $435; in which event, judgment as so modified and order denying new trial affirmed, without costs in the City Court, the Appellate Term or this court. No opinion